AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 26-6133MB | Date and time warrant executed: 05/07/2026 10:00 am | Copy of warrant and inventory left with: In residence |
|---|---|---|

Inventory made in the presence of :
   FBI SA Lisa Boylan

Inventory of the property taken and name of any person(s) seized:

Black Boots
Head Camera
Black and Tan Journal
Green Pants
Blue San Disk SDHC Card
Defiant Headlamp
Black sweatshirt with Nike logo
Old navy black hoodie
white PC Tower S/N 37233N43107295

## Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    05/08/2026

_____
Executing officer's signature

Bruce Keefer, FBI Special Agent
_____
Printed name and title

AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>12175 W. McDowell Road, Apartment 4219, Avondale,<br>Arizona 85392 | Case No.   26-6133MB<br><br>**(Filed Under Seal)** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-1.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-1.**

**YOU ARE COMMANDED** to execute this warrant on or before ___May 18, 2026___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __30__ days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    May 4, 2026@1:18pm            _____
*Judge's signature*

City and state: Phoenix, Arizona            Honorable Alison S. Bachus, U.S. Magistrate Judge
*Printed name and title*